Matter of Casertino (2025 NY Slip Op 04834)

Matter of Casertino

2025 NY Slip Op 04834

Decided on August 28, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:August 28, 2025

PM-189-25
[*1]In the Matter of Devon Joseph Casertino, a Conditionally Admitted Attorney. (Attorney Registration No. 5693601.)

Calendar Date:August 18, 2025

Before:Aarons, J.P., Pritzker, Reynolds Fitzgerald and Fisher, JJ.

Devon Joseph Casertino, Albany, petitioner pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Kelsey E. Roche of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Following his 2014 graduation from law school, Devon Joseph Casertino passed the July 2017 bar exam and thereafter applied to this Court for admission to practice. Ultimately, following the character and fitness process, we admitted Casertino to practice, by February 2019 order, subject to the conditions that he not engage in the solo practice of law, not serve as a partner in a firm and not associate with a lawyer of less than five years of practice experience. Casertino was further directed to certify compliance with the aforementioned conditions on a quarterly basis and our order further provided that Casertino could seek to terminate the conditions of his admission after the expiration of two years. In February 2023, this Court's Office of Attorney Admissions advised the Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) that Casertino had been noncompliant with the conditions of his admission and referred the issue to AGC for whatever action it deemed appropriate. In response to such referral, Casertino moved to terminate the conditions of his admission and, following AGC's filing of a petition of charges against Casertino with this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.8), the parties later jointly moved for the imposition of discipline upon Casertino's consent, which we granted by May 16, 2024 order censuring Casertino, and we likewise denied Casertino's motion to terminate the conditions of his admission (see Matter of Casertino, 227 AD3d 1266, 1268 [3d Dept 2024]). Pursuant to the dictates of our February 2019 order, Casertino now moves for termination of the conditions of his admission. Both AGC and the Office of Attorney Admissions have been heard in response and neither opposes Casertino's motion. Accordingly, based on the circumstances presented, we grant Casertino's motion.
Aarons, J.P., Pritzker, Reynolds Fitzgerald and Fisher, JJ., concur.
ORDERED that the motion of Devon Joseph Casertino is granted; and it is further
ORDERED that the order of this Court dated and entered February 20, 2019, as modified by order of this Court decided and entered May 16, 2024 (227 AD3d 1266 [3d Dept 2024]), is further modified to the extent that the two items set forth therein as conditions to the admission to practice in this state by Devon Joseph Casertino are hereby terminated, effective immediately.